[Crim. No. 3100.   Second Appellate District, Division Two.—May 11, 1938.]

THE PEOPLE, Respondent, v. HENRY G. RAMIREZ, Appellant.

No appearance for Appellant.

U. S. Webb, Attorney-General, and Frank Richards, Deputy Attorney-General, for Respondent.

THE COURT.— At the calling of this case for hearing upon its merits the attorney-general moved to affirm the judgment under section 1253 of the Penal Code upon the ground that no brief on appeal has been filed or other appearance made herein within the time provided by law.   The motion is good and it is granted.

Judgment affirmed.